# UNITED STATES DISTRICT COURT
for the
District of Alaska

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. 3:21-mj-00142-MMS |
| MICHAEL G. WHITMORE | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  March 4, 2021, and March 10, 2021  in the county of _____ in the

_____ District of   Alaska   , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A(a)(2) | Distribution of Child Pornography |
| 18 U.S.C. § 2252A(a)(5)(B)) | Possession of Child Pornography |

This criminal complaint is based on these facts:

See attached affidavit of FBI Special Agent Jolene Goeden, incorporated by reference herein.

☑ Continued on the attached sheet.

*Complainant's signature*

JOLENE GOEDEN, Special Agent, FBI
*Printed name and title*

Sworn to telephonically and signed electronically.

Date: March 11, 2021

City and state:   Anchorage, Alaska

MATTHEW M. SCOBLE, U.S. Magistrate Judge
*Printed name and title*